大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

♦♦ **Salans FMC SNR Denton McKenna Long**
dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _April 27, 2021_

April 26, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
United States Courthouse, Courthouse 20D
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Paguada v. Themagic 5 Inc.*: Case No. 1:20-cv-07698-ALC

Dear Judge Carter:

We represent defendant *Themagic 5 Inc.* ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from April 26, 2021 to June 10, 2021.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 27, 2021

118101954